## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### May 12, 2006

[Cite as *05/12/2006 Case Announcements*, 2006-Ohio-2324.]

## MOTION AND PROCEDURAL RULINGS

**2004–0892.  Fostoria v. Ohio Patrolmen's Benevolent Assn.**
Seneca App. No. 13–03–26, 2004-Ohio-1945. This cause came on for further consideration of appellants' motion for leave to file a reply to appellee's response to the show cause order. Upon consideration thereof,

IT IS ORDERED by the court that the motion is granted, and appellants shall file their reply within ten days of the date of this entry.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### May 15, 2006

[Cite as *05/15/2006 Case Announcements*, 2006-Ohio-2345.]

## MOTION AND PROCEDURAL RULINGS

**2005–0266.  State v. Moore.**
Cuyahoga App. No. 83703, 2004-Ohio-6303. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this case is no longer held for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971.

IT IS FURTHER ORDERED that this case now be held for the decision in 2005–1692, *State v. Evans*, 2005-Ohio-3847. The briefing schedule remains stayed.

**2005–0338.  State v. Bezak.**
Cuyahoga App. No. 84008, 2004-Ohio-6623. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

IT IS ORDERED by the court, sua sponte, that this case is no longer held for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971. The Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case on Proposition of Law No. I in accordance with the Rules of Practice of the Supreme Court of Ohio.

**2005–0785.  State v. Cloud.**
Columbiana App. No. 01 CO 64, 2005-Ohio-1331. This cause is pending before the court as an appeal from the Court of Appeals for Columbiana County.

IT IS ORDERED by the court, sua sponte, that this case is no longer held for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971.

IT IS FURTHER ORDERED that this case now be held for the decision in 2005–0338, *State v. Bezak*, Cuyahoga App. No. 84008, 2004-Ohio-6623. The briefing schedule remains stayed.